IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARK KENNEDY, Personal
Representative of the Estate of Jonathan
Kennedy, Deceased;

             Plaintiff,

    vs.

COUNTY OF LANCASTER, a Nebraska
Political Subdivision; and  JOHN DOES 1-
5, in their individual and official capacities;

             Defendants.

**4:12CV3247**

**AMENDED PROGRESSION ORDER**

The Joint Motion to Continue Deadlines (Filing #15) is granted.   The amended progression order is as follows:

1)    The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **July 15, 2014**, or as soon thereafter as the case may be called, for a duration of five (5) trial days.  This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.   Jury selection will be held at the commencement of trial.

2)    The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **July 1, 2014** at **10:00 a.m.**, and will be conducted by WebEx conferencing.  To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on June 30, 2014.  An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3)    A telephonic conference with the undersigned magistrate judge will be held on **April 1, 2014** at **10:30 a.m.** to discuss the status of case progression and potential settlement.  Counsel for plaintiff shall place the call.

4)    The deadlines for moving to amend pleadings or add parties are:

        For the plaintiff(s):        September 16, 2013

For the defendant(s):                    October 16, 2013

5)   The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is December 2, 2013.  Motions to compel Rule 33 through 36 discovery must be filed by November 19, 2013.

6)   The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

     For the plaintiff(s):              November 15, 2013
     For the defendant(s):             December 16, 2013

7)   The deposition deadline is February 17, 2014.

8)   The deadline for filing motions to dismiss and motions for summary judgment is April 1, 2014.

9)   The deadline for filing motions to exclude testimony on *Daubert* and related grounds is February 3, 2014.

10)  Motions in limine shall be filed five business days prior to trial.  It is not the normal practice to hold hearings on motions in limine or to rule on them in advance.  Counsel should plan accordingly.

11)  The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

June 13, 2013.

                              BY THE COURT:

                              *s/ Cheryl R. Zwart*
                              United States Magistrate Judge

2