IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK KENNEDY, Personal Representative of the Estate of Jonathan Kennedy, Deceased;<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF LANCASTER, a Nebraska Political Subdivision;  JOHN DOES 1-5, in their individual and official capacities; and LINCOLN AND LANCASTER COUNTY CHILD GUIDANCE CENTER, Inc.;<br><br>　　　　　Defendants. | 4:12CV3247<br><br>**AMENDED PROGRESSION ORDER** |

　　　The parties' oral motion to continue, (filing no. 30), is hereby granted, and the final progression order is amended as follows:

　　1)　　The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **September 15, 2014**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.  Jury selection will be held at the commencement of trial.

　　2)　　The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **August 26, 2014** at **9:00 a.m.**, and will be conducted by WebEx conferencing.  To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on August 25, 2014.  An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

　　3)　　A telephonic conference with the undersigned magistrate judge will be held on **May 20, 2014** at **9:00 a.m.** to discuss the status of case progression and potential settlement.  Counsel for plaintiff shall place the call.

　　4)　　Lincoln and Lancaster County Child Guidance Center's mandatory

    disclosures shall be served by December 2, 2013.

5) Any motion to amend pleadings or add parties by Lincoln and Lancaster County Child Guidance Center's shall be filed by January 3, 2014.

6) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is April 1, 2014. Motions to compel Rule 33 through 36 discovery must be filed by May 15, 2014.

7) The deadlines for identifying expert witnesses expected to testify at the trial and deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):    January 3, 2014

    For defendants County of Lancaster and Lincoln and Lancaster County Child Guidance Center:    February 18, 2014

    Any rebuttal expert(s):    March 4, 2014

8) The deposition deadline is May 1, 2014.

9) The deadline for filing motions to dismiss and motions for summary judgment is May 27, 2014.

10) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is May 27, 2014.

November 14, 2013.

    BY THE COURT:

    *s/ Cheryl R. Zwart*
    United States Magistrate Judge