IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK KENNEDY, Personal Representative of the Estate of Jonathan Kennedy, Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LANCASTER, a Nebraska Political Subdivision; JOHN DOES 1-5, in their individual and official capacities; and LINCOLN AND LANCASTER COUNTY CHILD GUIDANCE CENTER, Inc.;<br><br>Defendants. | **4:12CV3247**<br><br>**ORDER** |

Defendant Lincoln and Lancaster County Child Guidance Center has moved for a 90-day extension of its expert disclosure deadline. (Filing No. 44). The plaintiff opposes the motion, claiming the defendant's motion to continue will likely delay the trial. (Filing No. 45).

After reviewing the motion and the plaintiff's objection,

IT IS ORDERED that the defendant Child Guidance's motion, (Filing No. 44), and the plaintiff's objection, (Filing No. 45), are each granted in part and denied in part as follows:

1) Defendants' expert disclosure deadline is extended to April 8, 2014, with any rebuttal expert disclosure due on or before April 22, 2014.

2) The deposition deadline is extended to May 13, 2014.

3) The deadline for filing motions to dismiss, motions for summary judgment and motions or to exclude testimony on <u>Daubert</u> and related grounds remains May 27, 2014.

4) The pretrial conference and trial dates are unchanged.

Dated this 10th day of March, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge