IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK KENNEDY, Personal Representative of the Estate of Jonathan Kennedy, Deceased;<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LANCASTER, a Nebraska Political Subdivision; and LINCOLN AND LANCASTER COUNTY CHILD GUIDANCE CENTER, Inc.;<br><br>　　　　　　　Defendants. | **4:12CV3247**<br><br>**ORDER** |

　　　IT IS ORDERED: The motion to withdraw filed by Michael E. Thew as counsel of record on behalf of Defendant County of Lancaster, (filing no. 52), is granted.

　　　Dated this 8th day of April, 2014.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge