IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK KENNEDY, Personal Representative of the Estate of Jonathan Kennedy, Deceased,<br><br>                    Plaintiff,<br><br>vs.<br><br>COUNTY OF LANCASTER, a Nebraska Political Subdivision, and LINCOLN AND LANCASTER COUNTY CHILD GUIDANCE CENTER, INC.,<br><br>                    Defendants. | 4:12-CV-3247<br><br><br><br>ORDER |

   The Court has been advised that the plaintiff and the County of Lancaster have settled their claims. Accordingly,

   IT IS ORDERED:

   1.   On or before July 24, 2014, the plaintiff and County shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the plaintiff's claims against the County.

   2.   Absent compliance with this order, the plaintiff's claims against the County may be dismissed without further notice.

   3.   The County's pending motion for summary judgment (filing 80) is denied as moot.

   4.   The Clerk of the Court shall set a dismissal papers deadline of July 24, 2014.

- 2 -

Dated this 24th day of June, 2014.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge