IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK KENNEDY, Personal Representative of the Estate of Jonathan Kennedy, Deceased,<br><br>               Plaintiff,<br><br>vs.<br><br>COUNTY OF LANCASTER, a Nebraska Political Subdivision, and LINCOLN AND LANCASTER COUNTY CHILD GUIDANCE CENTER, INC.,<br><br>               Defendants. | 4:12-CV-3247<br><br>ORDER |

      This matter is before the Court on the Joint Stipulation for Dismissal with Prejudice (filing 90) filed by the plaintiff and County of Lancaster. Pursuant to that stipulation, the plaintiff's claims against the County will be dismissed. Claims against the Lincoln and Lancaster County Child Guidance Center, Inc., are not affected.

      IT IS ORDERED:

1. The plaintiff's claims against the County of Lancaster are dismissed with prejudice, each party to pay their own costs.

2. Claims against the Lincoln and Lancaster County Child Guidance Center, Inc., are unaffected by this order.

Dated this 9th day of July, 2014.

                                        BY THE COURT:

                                        John M. Gerrard
                                        United States District Judge