IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARK KENNEDY, Personal
Representative of the Estate of
Jonathan Kennedy, Deceased,

                    Plaintiff,

vs.

COUNTY OF LANCASTER, a
Nebraska Political Subdivision, and
LINCOLN AND LANCASTER
COUNTY CHILD GUIDANCE
CENTER, INC.,

                    Defendants.

4:12-CV-3247


ORDER

        The parties have called to the Court's attention a clerical error in its Judgment (filing 104) of September 8, 2014. The Court has been asked, out of caution, to enter a corrected judgment. The Court will construe that request as a motion pursuant to Fed. R. Civ. P. 60(a), and will grant the motion. A separate judgment will be entered *nunc pro tunc*, and is deemed to relate back to the Court's judgment of September 8, 2014, such that it has the same force and effect as if it had been entered on that date. *See Wolfe v. Murphy,* 113 F.2d 775 (8th Cir. 1940).

        IT IS ORDERED:

        1.      The parties' Rule 60(a) motion is granted.

        2.      A separate *nunc pro tunc* judgment will be entered.

        Dated this 14th day of October, 2014.

                                        BY THE COURT:


                                        John M. Gerrard
                                        United States District Judge